

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 23, 2018

**BY ECF**

Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: *United States v. Levan Makashvili*, S10 17 Cr. 350 (KBF)

Dear Judge Forrest:

    The Government respectfully submits this letter in connection with the anticipated sentencing of defendant Levan Makashvili, which is scheduled to take place before the Court on August 24, 2018. The Government does not intend to file a formal sentencing submission in this matter, and will take the position at sentencing that Makashvili should be sentenced within the applicable Guidelines sentencing range of 0 to 6 months' imprisonment. *See* Presentence Investigation Report dated August 1, 2018 at ¶ 57. The Government will be prepared to address any additional questions the Court may have at the time of sentencing.

               Respectfully submitted,

               GEOFFREY S. BERMAN
               United States Attorney

By: _____
               Andrew Thomas
               Assistant United States Attorney
               (212) 637-2106